**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000406
05-JUN-2020
09:40 AM**

NO. CAAP-19-0000406

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

RSM INC., Plaintiff-Appellee, v.
WILLIAM MIDDLETON AND TATIANA MIDDLETON,
Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(NORTH AND SOUTH HILO DIVISION)
(CASE NO. 3RC 17-1-000320)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Chan and Wadsworth, JJ.)

Upon consideration of the June 1, 2020 Motion for Reconsideration of Order Dismissing Appeal dated May 19, 2020, by Defendants-Appellants William Middleton and Tatiana Middleton (**Appellants**), self-represented, the papers in support, and the record, it appears that the motion for reconsideration was due by May 29, 2020, and therefore is untimely. See Hawaiʻi Rules of Appellate Procedure Rule 40(a).

Moreover, Appellants' motion for reconsideration does not establish that the court overlooked or misapprehended any points of law or fact in its May 19, 2020 dismissal order.

Therefore, IT IS HEREBY ORDERED that the motion for reconsideration is dismissed as untimely.

DATED: Honolulu, Hawaiʻi, June 5, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Derrick H.M. Chan
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge